UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                       -against-

    DOMINIC COLUCCIO,
                                  Defendant.
------------------------------------------------------------X

24 Cr. 226 (LGS)

SCHEDULING ORDER

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** that Defendant Dominic Coluccio's sentencing hearing will be held on **July 29, 2024**, at **11:00 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.  Defendant's sentencing submission, if any, shall be filed on or before **July 8, 2024**.  The Government's sentencing submission, if any, shall be filed by **July 11, 2024.**

Dated: April 29, 2024
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**