UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | ORDER |
| DOMINIC COLUCCIO, | 24 Cr. 226 (LGS) |
| Defendant. | |

WHEREAS, with the defendant's consent, the defendant's guilty plea allocution was made before United States Magistrate Judge Sarah Netburn on April 11, 2024;

WHEREAS, a transcript of the plea allocution was made and thereafter was transmitted to the District Court;

WHEREAS, upon review of the transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

**SO ORDERED:**

Dated: New York, New York
April 30, 2024

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE