UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                        :

UNITED STATES OF AMERICA,       :

                                    :            24 Cr. 226 (LGS)

               -against-            :

                                    :              <u>ORDER</u>

DOMINIC COLUCCIO,          :

                        Defendant.   :
----------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that sentencing currently scheduled for July 29, 2024, is

adjourned to **September 17, 2024, at 11:00 a.m.**

Dated: July 22, 2024
        New York, New York

                                        **LORNA G. SCHOFIELD**
                                **UNITED STATES DISTRICT JUDGE**