UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                                     -against-

    DOMINIC COLUCCIO,
                                           Defendant.
------------------------------------------------------------X

24 Cr. 226 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that sentencing currently scheduled for September 17, 2024, is adjourned to **October 22, 2024, at 4:00 p.m.** due to a conflict in the Court's schedule.

Dated: September 16, 2024
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**