UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
   UNITED STATES OF AMERICA,

                                                     24 Cr. 226 (LGS)
              -against-

                                                     <u>ORDER</u>
   DOMINIC COLUCCIO,
                                   Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** that sentencing previously scheduled for October 22, 2024, is adjourned to **December 3, 2024, at 11:00 a.m.** due to a conflict in the Court's schedule.

Dated: November 6, 2024
         New York, New York

                                                             LORNA G. SCHOFIELD
                                                             UNITED STATES DISTRICT JUDGE